FILED

04/14/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0150

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 23-0150

_____

PAMELA JO POLEJEWSKI,

Plaintiff and Appellant,

v.

CASCADE COUNTY, JOHN and JANE DOE,

Defendant and Appellee.

_____

FILED

APR 1 4 2023

Bowen Greenwood
Clerk of Supreme Court
State of Montana

O R D E R

Appellant Pamela Jo Polejewski has filed a motion for extension of time to complete mediation in the captioned matter. Good cause appearing,

IT IS HEREBY ORDERED that the parties have until June 14, 2023, within which to complete mediation.

The Clerk is directed to provide a copy of this Order to Pamela Jo Polejewski, all counsel of record, and Glenn Edward Tremper.

DATED this 19th day of April, 2023.

For the Court,

_____
Chief Justice